In the United States District Court for the
Middle District of Pennsylvania

Lawrence Knight II        No: 1:21-CV-0757
Petitioner,

Vs,

FILED
SCRANTON

JUL 2 8 2022

PER _____
DEPUTY CLERK

Commonwealth of
Pennsylvania, et al.

Formal Criminal Complaint and Judicial
Complaint as being filed against Judge's
Jennifer P. Wilson and Martin Carlson.

Petitioner Lawrence Knight II petitioner herein
does claim that the aforementioned and
named judges have criminally committed
serious criminal acts against petitioner
that are defined within his court filings
that have violated his legal, civil, and
constitutional rights.

Respectfully By
Lawrence Knight 7-24-22        CC: Media

Smart Communications/PADOC
SCI Rockview
Lawrence Knight DQ 2131
P.O. Box 33028
St. Petersburg FL 33733

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

US POSTAGE PITNEY BOWES

$ 000.57
0000376203 JUL 25 2022

RECEIVED
SCRANTON

JUL 2 8 2022

PER _____ DEPUTY CLERK



Clerk of Court
P.O. Box 1148
Scranton, Pa
18501-1148

1850181148

Case 1:22-cv-01188-MEM   Document 1   Filed 08/01/22   Page 2 of 2